### STATE v. NETTLETON.

The handwriting of the person in whose name the forgery was committed allowed to go to the jury.
The person, to whom the forged instrument was passed, may be a witness.

INFORMATION for a forgery.   In this case the handwriting of      Hall, in whose name the instrument was forged was given to the jury.   It was also determined, that the person to whom the forged instrument was passed, might be a witness, notwithstanding he would be entitled to an action for his damage.